**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TERRENCE SAMUEL CROWLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19-cv-460-RWS |
| | ) | |
| PROVIDENCE HEALTH & SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER OF TRANSFER**

This matter is before the Court on plaintiff Terrence Samuel Crowley's motion for leave to proceed *in forma pauperis*. The motion will be provisionally granted. Additionally, the Court will transfer this case to the United States District Court for the District of Alaska.

In the complaint, plaintiff alleges his civil rights were violated when he visited the Providence Alaska Medical Center in 2017. The Providence Alaska Medical Center is located in Anchorage, Alaska, which lies within the judicial district of Alaska. 28 U.S.C. § 81A. Under 28 U.S.C. § 1391(b), a civil action may only be brought in: "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." In the case at bar, because all of the events described in the complaint occurred in the District of Alaska, venue is proper there.

"The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(b). Here, the Court finds that it is in the interest of justice to transfer this case to the United States District Court for the District of Alaska.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed *in forma pauperis* (Docket No. 2) is **PROVISIONALLY GRANTED**, subject to modification by the United States District Court for the District of Alaska.

**IT IS FURTHER ORDERED** that the Clerk shall transfer this case to the United States District Court for the District of Alaska.

Dated this 19th day of March, 2019.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE